UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR E. GROSSETTI, JR., *on behalf of Estate of Page Llewellyn Jackson, III*,

        Plaintiff,

-against-

COMMISSIONER OF INTERNAL REVENUE,

        Defendant.

19-CV-6784 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 17, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court note service on the docket. Plaintiff has consented to receive electronic service of Court filings. (ECF No. 3.)

SO ORDERED.

Dated:   December 17, 2019
          New York, New York

                                                COLLEEN McMAHON
                                                Chief United States District Judge